UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE ANDREW TODIE,<br><br>                      Plaintiff,<br><br>-against-<br><br>BRONX III PAROLE DIVISION ENTIRE STAFF ON 7/28/21; BRONX REGIONAL MANAGER KNIGHT; BRONX D.A. INVESTIGATOR INGEN; NYPD 40TH PRECINCT,<br><br>                      Defendants. | 22-CV-2758 (LTS)<br><br>CIVIL JUDGMENT |

      By order issued August 22, 2022, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff sixty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 28, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                         Chief United States District Judge